UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20926-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD CUNNINGHAM,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 33] of the Honorable John J. O'Sullivan recommending that the Defendant Cunningham's plea of guilty be accepted and Defendant be adjudicated guilty. The Court having reviewed Judge O'Sullivan's R&R, the Defendant's counsel having advised the Court that no objections will be filed, and based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge O'Sullivan is ADOPTED and AFFIRMED,[1] and made the Order of the District Court:

Defendant Donald Cunningham's plea of guilty is accepted, and Defendant Cunningham is adjudicated guilty as to Count I of the Indictment.

DONE AND ORDERED in Miami, Florida this 30 day of July, 2010.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge John J. O'Sullivan

---

[1] With the exception that the address of the Court noted in paragraph 7 is corrected to U.S. District Court, Wilkie D. Ferguson Building, 400 North Miami Avenue, Courtroom 11-4, Miami, Florida.